**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| THERESE VERONICA NATTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0172-RWS |
| WARDEN STACEY STONE, | : | |
| *et al.* | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| THERESE VERONICA NATTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0247-RWS |
| WARDEN STACEY STONE, | : | |
| *et al.,* | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

This case is before the Court for consideration of the Report and

Recommendation [Doc. No. 13 in Case No. 2:11-CV-172 and Doc. No. 6 in

Case No. 2:11-CV-247] of Magistrate Judge Susan S. Cole.  After reviewing

the Reports and Recommendations and the Objections [Doc. No. 14 in Case No.

2:11-CV-172 and Doc. No. 7 in Case No. 2:11-CV-247], the Reports and

Recommendations are received with approval and adopted as the Opinion and

Order of this Court.  Accordingly, it is hereby **ORDERED** that Plaintiff's

Motion for Emergency Injunction [ Doc. No. 5 in Case No. 2:11-CV-172] is

**DENIED**, **as moot**.  Further, the Clerk is **DIRECTED** to administratively close

Case No. 2:11-CV-247 and docket the Complaint in that action as an

amendment to the Complaint in Case No. 2:11-CV-172, the consolidated action.

Also, Plaintiff's Objection to the Order that Plaintiff be required to pay the

statutory filing fee is **OVERRULED**.

     **SO ORDERED**, this  23rd   day of February, 2012.


**RICHARD W. STORY**
United States District Judge

2