# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| THERESE VERONICA NATTY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0172-RWS |
| WARDEN STACEY STONE, *et al.* | : | |
| Defendants. | : | |
| _____ | : | |
| THERESE VERONICA NATTY, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0247-RWS |
| WARDEN STACEY STONE, *et al.*, | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [Doc. No. 13 in Case No. 2:11-CV-172 and Doc. No. 6 in Case No. 2:11-CV-247] of Magistrate Judge Susan S. Cole. After reviewing the Reports and Recommendations and the Objections [Doc. No. 14 in Case No. 2:11-CV-172 and Doc. No. 7 in Case No. 2:11-CV-247], the Reports and

AO 72A
(Rev.8/82)

Recommendations are received with approval and adopted as the Opinion and Order of this Court. Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Emergency Injunction [ Doc. No. 5 in Case No. 2:11-CV-172] is **DENIED**, **as moot**. Further, the Clerk is **DIRECTED** to administratively close Case No. 2:11-CV-247 and docket the Complaint in that action as an amendment to the Complaint in Case No. 2:11-CV-172, the consolidated action. Also, Plaintiff's Objection to the Order that Plaintiff be required to pay the statutory filing fee is **OVERRULED**.

**SO ORDERED**, this  23rd  day of February, 2012.

_/s/ Richard W. Story_
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)